UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TAYLOR, | Case No. EDCV 12-818 MMM(JC) |
| Petitioner, | (PROPOSED) JUDGMENT |
| v. | |
| P.D. BRAZELTON, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 14, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE